IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:03CR26**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| TRAVIS WATERHOUSE ARENBURG   (2) | ) | |
| _____ | ) | |

This matter is before the court upon request of defendant for an early termination of supervised released..

IT IS ORDERED that the clerk's office is directed to docket defendant's letter requesting an early termination of federal probation as a Motion for Early Termination of Federal Probation/Supervision.

IT IS FURTHER ORDERED that the Motion for Early Termination of Federal Probation/Supervision is hereby GRANTED effective the date of the signing of this Order.

IT IS SO ORDERED.

Signed: February 15, 2007

Graham C. Mullen
United States District Judge